IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA MAYER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARLOS MASCAREHAS, | : | No. 08-3323 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **4th** day of **August, 2009**, upon consideration of Plaintiff's Motion for Partial Summary Judgment on Liability Only and Defendant's response thereto, and for the reasons set forth in this Court's August 4, 2009 Memorandum, it is hereby **ORDERED** that:

1.  Plaintiff's Motion (Document No. 13) is **GRANTED**.

2.  Document No. 14 (Defendant's opposition, which was misfiled as a motion) is terminated.

3.  This case shall proceed to trial in accordance with this Court's April 29, 2009 Scheduling Order on the issue of damages.

BY THE COURT:

_____
**Berle M. Schiller, J.**